162 P.3d 17

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

July 13, 2007

| | | |
|---|---|---|
| 27745 | Motion to Quash an Administrative Subpoena Between Office of Hawaii County Prosecuting Attorney and Wagner, In re | Affirmed |
| 27749, 27750 | State v. Gututala | Affirmed |

### July 16, 2007

| | | |
|---|---|---|
| 27957 | State v. Laudowicz | Affirmed |
| 26665 | Waddell v. Government Employees Ins. Co. | Affirmed |

### July 18, 2007

| | | |
|---|---|---|
| 26682 | GE Capital Hawaii, Inc. v. Shanghai Inv. Co., Inc. | Affirmed |

### July 19, 2007

| | | |
|---|---|---|
| 27992 | State v. Klie | Affirmed |

### July 20, 2007

| | | |
|---|---|---|
| 27643 | Annan-Yartey v. Nomura | Affirmed |